# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CAROLYNNE CULLERTON  
528 W. SOUTH ST.  
WOODSTOCK, IL 60098

SSN-xxx-xx-1692

Case Number: 04-71744

Case filed on: 4/1/2004  
Plan Confirmed on: 7/9/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $30,839.68     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
|  | Total Legal | 1,100.00 | 1,100.00 | 1,100.00 | 0.00 |
| 999 | CAROLYNNE CULLERTON | 0.00 | 0.00 | 31.51 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 31.51 | 0.00 |
| 001 | FIFTH THIRD MORTGAGE COMPANY | 88,824.87 | 0.00 | 0.00 | 0.00 |
| 002 | FIFTH THIRD BANK MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 88,824.87 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE BANK (USA) NA | 3,741.12 | 3,741.12 | 3,741.12 | 439.27 |
| 004 | CENTEGRA HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CREDITORS BANKRUPTCY SERVICE | 2,992.44 | 2,992.44 | 2,992.44 | 348.57 |
| 006 | GOLD KEY CREDIT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GUYER & ENICHEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FULBRIGHT & ASSOCIATES PC | 9,853.81 | 9,853.81 | 9,853.81 | 1,147.90 |
| 009 | MORAINE ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MORAINE ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SOUTHWEST CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | IDAPP | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS STUDENT ASSISTANCE COMM | 8,088.04 | 8,088.04 | 8,088.04 | 942.17 |
|  | Total Unsecured | 24,675.41 | 24,675.41 | 24,675.41 | 2,877.91 |
|  | Grand Total: | 114,600.28 | 25,775.41 | 25,806.92 | 2,877.91 |

Total Paid Claimant: $28,684.83  
Trustee Allowance: $2,154.85  
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 02/26/2009     By /s/Heather M. Fagan